IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHONGT YANG,

    Petitioner,               No. 2:11-cv-0212 KJM AC P

    vs.

M.D. McDONALD,

    Respondent.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application pursuant to 28 U.S.C. § 2254. The submitted petition is pending before the court. However, the record before the court does not include a complete copy of appellant's opening brief filed on behalf of petitioner on direct appeal to the Third District Court of Appeal. Respondent's submission of appellant's opening brief is missing every other page. See Lodged Doc. No. 2.

        Accordingly, IT IS ORDERED that respondent provide the court a complete copy of appellant's opening brief within seven (7) days.

DATED: December 6, 2012.

                                        ALLISON CLAIRE
                                        UNITED STATES MAGISTRATE JUDGE

AC:009/yang0212.ord