IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHONGT YANG,

    Petitioner,               No. 2:11-cv-0212 KJM AC P

    vs.

M.D. McDONALD,

    Respondent.          <u>ORDER</u>

                               /

On December 28, 2012, the undersigned filed findings and recommendations (ECF No. 27), recommending denial of petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It has come to the court's attention that petitioner submitted a notice of change of address which was filed in this court on January 4, 2013. Although the case docket does not show that petitioner's copy of the findings and recommendations has been returned, it appears unlikely that petitioner received the document.

Accordingly, IT IS ORDERED that:

1. Along with this order, the Clerk of the Court shall re-serve upon petitioner at his current address of record the findings and recommendations filed on December 28, 2012 (ECF No. 27); and

1

2. Petitioner is granted fourteen days from the date of this order to file objections to the findings and recommendations.

DATED: February 12, 1013.

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
yang0212.rsv